AO 468  (1/86)  Waiver of Preliminary Examination or Hearing

# United States District Court

**DISTRICT OF** _Massachusetts_

UNITED STATES OF AMERICA

V.

_Jonathan M. King_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: _MJO4-M-206 JLA_

I, _JONATHAN M. KING_ , charged in a (complaint) (petition)

pending in this District with _Extortionate threats_

in violation of Title _18_ , U.S.C., _875(b)_ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
_Defendant_

_8 June 04_
**Date**

_____
_Counsel for Defendant_

F I L E D
In Open Court
USDC, Mass.
Date **6-8-04**
By _____
Deputy Clerk