UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Office of the Clerk
1010 5th Ave., Room 215
Seattle, 98104
(206) 553-7415



June 3, 2004

Clerk, US District Court
District of Massachusetts
2300 United States Courthouse
One Courthouse Way
Boston, MA  02210-3002


Re:   **Johnathan M King**
      Your Case No: **MJ 04-M-206-JLA**
      Our Case No: **04-281M**

Dear Clerk:

Enclosed are certified copies of the following documents in the above referenced case pursuant to Rule 40, Federal Rules of Criminal Procedure:

    1.    Waiver of Rule 40 Hearing and Order of Transfer
    2.    Minutes of May 18, 2004 Initial Proceeding
    3.    Appearance Bond
    4.    US Passport
    5.    Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive


Heather Arent-Zachary, Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Office of the Clerk
1010 5th Ave., Room 215
Seattle, 98104
(206) 553-7415

June 3, 2004

Clerk, US District Court
District of Massachusetts
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re:   **Johnathan M King**
      Your Case No: **MJ 04-M-206-JLA**
      Our Case No: **04-281M**

Dear Clerk:

Enclosed are certified copies of the following documents in the above referenced case pursuant to Rule 40, Federal Rules of Criminal Procedure:

1. Waiver of Rule 40 Hearing and Order of Transfer
2. Minutes of May 18, 2004 Initial Proceeding
3. Appearance Bond
4. US Passport
5. Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive

/s/

Heather Arent-Zachary, Deputy Clerk



04-MJ-00281-WV

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Johnathan King,
    Defendant,

Case No. 04-281M

WAIVER OF RULE 40 HEARING and
ORDER OF TRANSFER

### WAIVER OF RULE 40 HEARING

I, Johnathan King, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 40 of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a)  I acknowledge that I am the person named in an indictment, information or warrant pending in the U.S. District Court for the _____ District of Mass. ;

b)  I waive my right to production of the warrant or of any other original papers

    relating to these charges or certified copies thereof;

c)     If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

d)     I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this _26_ day of _May_, 20_04_.

_____      _____
Defense Counsel                                         Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the _____ District of _Massachusetts_. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this _1st_ day of _June_, 20_04_.

_____
United States Magistrate Judge



# United States District Court
### Western District of Washington

UNITED STATES OF AMERICA,

vs.

## JONATHAN KING

## APPEARANCE BOND
### Case No. 04-281M

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- ☒ **Court Appearances.** I must appear in court at the U.S. Courthouse, 1010 5th Avenue Seattle, Washington, Courtroom A 3rd Floor, on 28 May 2004, at 10:00am and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 5 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- ☒ **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- ☒ **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- ☒ **Address.** I must furnish on this form the address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to the Pretrial Services Office of the Court ( telephone number (206) 553-0553 ) within one business day.
- ☒ **Restrictions on Travel.** I must not travel outside the Continental United States.
- ☒ **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.
- ☒ **Other Conditions:**
  - ✓ Surrender passport and all travel documents to the court. Do not apply for/obtain a new passport or travel document without permission of the court.
  - ✓ You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41. Surrender Firearms to person approved by Pretrial Services by May 31, 2004, and sign a U.S. Pretrial Services custodian firearms form
    NO CONTACT WITH INDIVIDUALS NAMED IN THE COMPLAINT

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _(Signature of Defendant)_

May 18, 2004
_(Date Signed)_

Surety (If any):

_(Signature of Surety)_

34930 - 30th Avenue South, Federal Way, WA 98003
_(Address)_

(253) 874-9150
_(Telephone)_

May 18, 2004
_(Date Signed)_

04-MJ-00281-APPR

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court.

May 18, 2004
_(Dated)_

Monica Benton
UNITED STATES MAGISTRATE JUDGE

I hereby certify ... and correct copy of the ... on file in my office ... ATTEST: BRUCE RIFKIN Clerk, U.S. District Court Western District of Washington
By _____ Deputy Clerk

cc: Defendant, Defense Counsel, U.S. Attorney, Marshal, Pretrial Services

05-18-04   08:04AM   FROM-USAO Seattle                    2065531502              T-838   P.002/013   F-873

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JONATHAN M. KING
34330 30th Avenue, South
Federal Way, WA 98003
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ 04-M-206-JLA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___April 30, 2004___ in ___Middlesex___ county, in the ___District of___ ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense) with intent to extort money from another person, to wit: Michael Donahue, transmit in interstate commerce a communication containing a threat to injure other people, to wit: Michael Donahue, Rebecca Slater, and Griffin Donahue

in violation of Title ___18___ United States Code, Section(s) ___875(b)___

I further state that I am a(n) ___Special Agent, FBI___ and that this complaint is based on the following facts:

See attached affidavit

I hereby certify that the
annexed document is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

I HEREBY ATTEST AND CERTIFY ON 5/18/04
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

By _____

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-18-2004                                           at    Boston, Massachusetts
Date                                                        City and State

JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE                                _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

04-MJ-00281-CMP

CLOSED

# U.S. District Court
## Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:04-mj-00281-MJB-ALL
### Internal Use Only

Case title: USA v. King                         Date Filed: 05/18/2004

Assigned to: Hon. Monica J. Benton

**Defendant**

------------------------

**Jonathan M King** (1)                 represented by   **Irwin H. Schwartz**
*TERMINATED: 06/01/2004*                                 THE IRWIN SCHWARTZ LAW
                                                         OFFICES
                                                         710 CHERRY STREET
                                                         SEATTLE, WA 98104
                                                         206-623-5084
                                                         Fax: FAX 623-5951
                                                         Email: ischwartz@compuserve.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*

**Pending Counts**                              **Disposition**

------------------------                        ----------------

None

> I hereby certify that the
> annexed instrument is a true
> and correct copy of the original
> on file in my office.
> ATTEST: BRUCE RIFKIN
> Clerk, U. S. District Court
> Western District of Washington
> By _____
>                    Deputy Clerk

**Highest Offense Level (Opening)**

------------------------------------

None

**Terminated Counts**                           **Disposition**

------------------------                        ----------------

None

**Highest Offense Level (Terminated)**

--------------------------------------

None

Case 1:04-mj-00206-JLA   Document 6   Filed 06/14/2004   Page 8 of 9

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA                    represented by   **Michael Dion**
US ATTORNEY'S OFFICE (SEA)
601 UNION ST
STE 5100
SEATTLE, WA 98101-3903
206-447-0900
Fax: FAX 447-0849
Email: michael.dion@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2004 | 1 | Rule 40 Documents Received as to Jonathan M King Documents received from District of Massachusetts include Criminal Complaint. (JK, ) (Entered: 05/19/2004) |
| 05/18/2004 | 2 | Minute Entry for proceedings held before Judge Monica J. Benton - CRD: *P. VOELKER*; AUSA: *M. DION*; Def Cnsl: *I. SCHWARTZ*; USPO/PTS: *S. CAVENDISH*; Tape No: *A-1611*; **INITIAL APPEARANCE IN RULE 40 PROCEEDINGS** as to Jonathan M King held on 5/18/2004. Appearance entered by Irwin H. Schwartz for Jonathan M King on behalf of defendant. Defendant advised of rights and charges from Dist of Massachusetts. Defendant(s) placed on PR Bond w/conditions. Removal Hearing set for 5/28/2004 10:00 AM in Courtroom A before Hon. Monica J. Benton. (JK, ) (Entered: 05/19/2004) |
| 05/18/2004 | | Bond Set as to Jonathan M King (1) PR w/conditions. (JK, ) (Entered: 05/19/2004) |
| 05/18/2004 | 4 | Receipt for Surrender of Passport as to Jonathan M King. Passport issued by United States. (JK, ) (Entered: 05/19/2004) |
| 05/19/2004 | 3 | Appearance Bond Entered as to Jonathan M King (1) PR w/conditions. (cc: PTS/USPO) (JK, ) (Entered: 05/19/2004) |

| | | |
|---|---|---|
| 05/28/2004 | ●5 | Minute Entry for proceedings held before Judge Monica J. Benton - **Scheduled Rule 40 Identity Hearing Not Held** as to Jonathan M King. Defense Counsel will file a waiver today. Counsel to obtain the next hearing date from the charging district. (JN) (Entered: 05/28/2004) |
| 05/28/2004 | ●6 | WAIVER of Rule 40 Hearings by Jonathan M King (cc: USMO) (Schwartz, Irwin) (Entered: 05/28/2004) |
| 06/01/2004 | ●7 | WAIVER OF RULE 40 HEARINGS AND ORDER OF TRANSFER to District of Massachusetts as to Jonathan M King by Judge Monica J. Benton. (cc: PTS, USMO) (HAZ, ) (Entered: 06/02/2004) |