# **DOCUMENT NOT SCANNED**

COPY OF PASSPORT OF
DEFENDANT JONATHAN MITCHELL KING
MJ04-M-206 JLA
FORWARDED WITH RECEIPT TO PRETRIAL
6/14/2004-Rex Brown

FILED IN BOND DRAWER