AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WARRANT FOR ARREST |
| JONATHAN M. KING | |
| 34930 30th Avenue, South | CASE NUMBER: MJ-04-M-206-JLA |
| Federal Way, WA 98003 | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jonathan M. King_____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
making extortionate threats by means of an interstate communication

in violation of
Title _____18_____ United States Code, Section(s) 875(b)

| JOYCE LONDON ALEXANDER | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 05-12-2004 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____
                                          Name of Judicial Officer

---

This warrant was received and executed with the arrest of the above-named defendant at _____
WARRANT EXECUTED
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JONATHAN M. KING
34930 30th Avenue, South
Federal Way, WA 98003

**WARRANT FOR ARREST**

CASE NUMBER: MJ-04-M-206-JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jonathan M. King _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
making extortionate threats by means of an interstate communication

in violation of
Title ___ 18 ___ United States Code, Section(s) 875(b)

JOYCE LONDON ALEXANDER
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

05-12-2004
Date and Location

Bail fixed at $ _____

Name of Judicial Officer

---

This warrant was received and executed with the arrest of the above-named defendant at 34930 30th Ave. So. Federal Way Washington

| DATE RECEIVED 5-14-04 | NAME AND TITLE OF ARRESTING OFFICER SA David Hecht | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5-17-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

TOTAL P.14