UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 OCT 31 P 4:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 04-M-206-JLA |
| JONATHAN M. KING | ) |

DISMISSAL OF COMPLAINT

The United States of America, by United States Attorney Michael J. Sullivan, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the complaint herein, issued on May 12, 2004. As grounds for the instant dismissal, the undersigned states that dismissal of the complaint is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL K. LOUCKS
First Assistant U.S. Attorney
10/30/6

LEAVE TO FILE GRANTED:

_____
JOYCE LONDON ALEXANDER
UNITED STATE MAGISTRATE JUDGE
Date: 11/2/06